Marie Janowski Tangalin, Appellee, v. City of Chicago, and Yellow Cab Company, Defendants. On Appeal of Yellow Cab Company, Appellant.

Gen. Nos. 45,775, 45,787.

Jesmer & Harris, for appellant; Julius Jesmer, and Chester L. Harris, of counsel; Robert L. Hunter, and Joseph Marshall, for appellee; Robert L. Hunter, of counsel. Opinion by JUSTICE BURKE. Not to be published in full. Opinion filed November 6, 1952; released for publication December 9, 1952.